IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

CASE No: 5:12cr9(6)-RS

v.

WILSON CALLE

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the defendant,

**WILSON CALLE,**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue against the defendant.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 19TH day of April, 2012, at Pensacola, Florida.

_____
UNITED STATES MAGISTRATE JUDGE

Rec'd 041912UsDcFln3PM0152