JP:WDS

# M 12 - 419

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -

WILSON CALLE and
ANGEL DONE,

          Defendants.

- - - - - - - - - - - - - - - -X

REMOVAL TO THE NORTHERN
DISTRICT OF FLORIDA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

       FRANK STRYKER, being duly sworn, deposes and says that
he is a Special Agent of the Internal Revenue Service ("IRS"),
duly appointed according to law and acting as such.

       Upon information and belief, on April 23, 2012, arrest
warrants were issued by the United States District Court for the
Northern District of Florida, commanding the arrest of the
defendants WILSON CALLE and ANGEL DONE, pursuant to an indictment
charging the defendants with conspiracy to defraud the United
States and making fraudulent claims against the United States,
contrary to Title 18, United States Code, Sections 286 and 287.

       The source of your deponent's information and the
grounds for her belief are as follows:

       1.   On April 23, 2012, arrest warrants were issued by
the United States District Court for the Northern District of
Florida, commanding the arrest of the defendants WILSON CALLE and
ANGEL DONE pursuant to an indictment charging the defendants with
conspiracy to defraud the United States and making fraudulent

2

claims against the United States, contrary to Title 18, United States Code, Sections 286 and 287.  A copy of the indictment and arrest warrants are attached hereto.

2.   I am one of the case agents assigned to this matter, and I have personally participated in this investigation.

3.   On April 26, 2012, I went with other law enforcement agents to the United States Probation Department Office in Brooklyn, New York, where, based on our investigation, I knew the defendants were scheduled to report.  Both defendants appeared as scheduled at the Probation Office and were placed under arrest based on the outstanding arrest warrants from the Northern District of Florida.

4.   I recognize both of the defendants based on prior in-person interactions with them, including a prior trial on which I was one of the case agents in the District of New Jersey. In addition, upon their arrests, both defendants were in possession of identification that contained the same identifying information, including name and date of birth, as the individuals identified in the arrest warrants from the Northern District of Florida.

3

WHEREFORE, it is requested that the defendants WILSON
CALLE and ANGEL DONE be removed to the Northern District of
Florida so that they may be dealt with according to law.

FRANK STRYKER
Special Agent
Internal Revenue Service

Sworn to before me this
26 th day of April, 2012

ιK
;E

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

**SEALED INDICTMENT**

5:12cr9/RS

EVELYN JOHNSTON
BLAINE JOHNSTON
HECTOR A. CABRERA
DIANA M. GONZALEZ
ANGEL DONE
WILSON CALLE
  and
WILFREDO RODRIGUEZ

---

THE GRAND JURY CHARGES:

### COUNT ONE

### A: INTRODUCTION

1.  Defendants, **EVELYN JOHNSTON**, a resident of Marianna, Florida, **BLAINE JOHNSTON**, a resident of Marianna, Florida, and others devised a scheme to help taxpayers obtain fraudulent tax refunds from the Internal Revenue Service (hereinafter "IRS").

2.  Defendants, **HECTOR A. CABRERA**, a resident of Miami, Florida, **DIANA M. GONZALEZ**, a resident of Miami, Florida, **ANGEL DONE**, a resident of Woodhaven, New York, and **WILSON CALLE**, a resident of Jackson Heights, New York, were recruiters in this scheme.

Returned in open court pursuant to Rule 6(f)

4-19-2012
Date

_Miles Davis_
United States Magistrate Judge

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By: _____
        Deputy Clerk

(1)

3.     Defendants operated this scheme through a company named ABACO Executive Services, Inc. (hereinafter "ABACO Services"), a tax preparation business owned and operated by defendants **EVELYN JOHNSTON** and **BLAINE JOHNSTON**, with locations in Panama City, Florida, and Ft. Lauderdale, Florida.

4.     The scheme was premised upon the "redemption theory," which is a fraudulent notion that individuals are not responsible for their common personal debt obligations such as home mortgages, loans, credit card bills, and lines of credit, and may instead seek money from the IRS, an agency of the United States, to repay these outstanding obligations.

5.     Under the scheme, ABACO Services prepared false IRS Form 1099-OIDs, Original Issue Discount, and Form 1099-A, Abandoned Property, on behalf of the participants in the scheme. These Form 1099s falsely reported that the clients' creditors had withheld large amounts of federal income taxes and paid this money over to the IRS. As a result of the fraudulently overstated income tax withholding, the tax returns that ABACO Services prepared for its clients claimed large tax refunds to which the clients were not entitled.

6.     Between on or about October 1, 2008, and on or about October 27, 2009, ABACO Services, recruiters, and clients collectively filed over 60 tax returns and sought over $18,000,000 worth of fraudulent tax refunds.

7.     Due to the fact that the scheme involved recruiters and clients ranging from New York to Florida, communication by telephone, facsimile, and mail was an

2

integral part of the scheme. Defendants and clients exchanged information necessary to complete the clients' tax returns via facsimile and mail. Defendants also communicated with one another and clients utilizing telephone, facsimile, and mail to ask and answer questions regarding additional information needed to complete the tax returns. Defendants and clients also used telephone, facsimile, and mail to ask questions about what to do when they received correspondence from the IRS questioning the validity of their tax returns. Defendants sent completed tax returns and other documents to the clients via mail.

### B. MANNER AND MEANS OF CONSPIRACY

It was part of the scheme to defraud that:

1.     Defendants **HECTOR A. CABRERA, DIANA M. GONZALEZ, ANGEL DONE,** and **WILSON CALLE** would and did solicit, instruct, and assist co-defendants **EVELYN JOHNSTON** and **BLAINE JOHNSTON** in the recruitment of individuals to file false and fraudulent federal income tax returns.

2.     Defendants **HECTOR A. CABRERA, DIANA M. GONZALEZ, ANGEL DONE,** and **WILSON CALLE** utilized worksheets and IRS forms to assist co-defendants **EVELYN JOHNSTON** and **BLAINE JOHNSTON** in preparing the false and fraudulent federal income tax returns.

3.     Defendants **HECTOR A. CABRERA, DIANA M. GONZALEZ, ANGEL DONE, WILSON CALLE, EVELYN JOHNSTON,** and **BLAINE JOHNSTON** would and did correspond with one another and with clients about

3

information needed to file false and fraudulent federal income tax returns prepared by ABACO Services.

4.     Defendants **HECTOR A. CABRERA, DIANA M. GONZALEZ, ANGEL DONE, WILSON CALLE, EVELYN JOHNSTON,** and **BLAINE JOHNSTON** would and did prepare false and fraudulent federal income tax returns and IRS forms, including, but not limited to, IRS Form 1040s, 1040Xs, 1065s, 1099-OIDs, and 1099-As.

5.     Defendants **HECTOR A. CABRERA, DIANA M. GONZALEZ, ANGEL DONE, WILSON CALLE, EVELYN JOHNSTON,** and **BLAINE JOHNSTON** would and did charge clients for their assistance in preparing the false and fraudulent tax returns.

6.     Defendants **HECTOR A. CABRERA, DIANA M. GONZALEZ, ANGEL DONE, WILSON CALLE, EVELYN JOHNSTON,** and **BLAINE JOHNSTON** would and did counsel clients on how to submit frivolous letters to the IRS to persuade the IRS that the false and fraudulent federal income tax returns prepared by defendants were legitimate.

7.     Defendant **EVELYN JOHNSTON** would and did advise defendant **WILFREDO RODRIGUEZ** about how to conceal a false and fraudulent federal income tax refund.



4



## C. THE CHARGE

Between on or about October 1, 2008, and or about October 27, 2009, in the

Northern District of Florida and elsewhere, the defendants,

**EVELYN JOHNSTON
BLAINE JOHNSTON
HECTOR A. CABRERA
DIANA M. GONZALEZ
ANGEL DONE
WILSON CALLE
and
WILFREDO RODRIGUEZ,**

did knowingly and willfully combine, conspire, confederate, and agree together and with

other persons to defraud the United States by obtaining and aiding to obtain the payment

and allowance of false, fictitious, and fraudulent claims, that is, the filing of false federal

income tax returns with the IRS claiming refunds totaling approximately $18,186,691.00,

to which the defendants knew they and their clients were not entitled, in violation of Title

18, United States Code, Section 287.

## D. OVERT ACTS OF THE CONSPIRACY

1.      Between on or about October 1, 2008, and on or about August 31, 2009,

defendants **HECTOR A. CABRERA, DIANA M. GONZALEZ,** and others held

meetings at which prospective clients were provided information and instructions on

filing false and fraudulent federal income tax returns that included fraudulent IRS Form

1099s.

2.      Between on or about October 1, 2008, and on or about August 31, 2009,

defendants **HECTOR A. CABRERA** and **DIANA M. GONZALEZ** mailed and caused

5

to be mailed, facsimiled, and caused to be facsimiled, and hand-delivered, and caused to be hand-delivered, worksheets, IRS forms, and other attachments containing client information along with payments for the preparation of false and fraudulent federal income tax returns to defendants **EVELYN JOHNSTON** and **BLAINE JOHNSTON**.

3.     Between on or about October 1, 2008, and on or about August 31, 2009, defendants **EVELYN JOHNSTON** and **BLAINE JOHNSTON** mailed and caused to be mailed, facsimiled, and caused to be facsimiled, requests to defendants **HECTOR A. CABRERA** and **DIANA M. GONZALEZ**, and communicated, and caused to be communicated, by telephone requests to defendants **HECTOR A. CABRERA** and **DIANA M. GONZALEZ** seeking additional client information that they needed to prepare the false and fraudulent federal income tax returns.

4.     Between on or about October 1, 2008, and on or about August 31, 2009, defendants **ANGEL DONE**, **WILSON CALLE**, and others held meetings at which prospective clients were provided information and instructions on filing the false and fraudulent federal income tax returns that included fraudulent IRS Form 1099s.

5.     Between on or about February 1, 2009, and August 31, 2009, defendants **ANGEL DONE** and **WILSON CALLE** mailed, and caused to be mailed, facsimiled, and caused to be facsimiled, and hand-delivered, and caused to be hand-delivered, worksheets, IRS forms, and other attachments containing client information, along with payments for the preparation of false and fraudulent federal income tax returns to defendants **EVELYN JOHNSTON** and **BLAINE JOHNSTON**.

6.     Between on or about February 1, 2009, and August 31, 2009, defendants **EVELYN JOHNSTON** and **BLAINE JOHNSTON** mailed, and caused to be mailed, facsimiled, and caused to be facsimiled, requests to defendants **ANGEL DONE** and **WILSON CALLE**, and communicated, and caused to be communicated, by telephone requests to defendants **ANGEL DONE** and **WILSON CALLE** seeking additional client information that they needed to prepare the false and fraudulent federal income tax returns.

7.     Between on or about October 1, 2008, and August 31, 2009, defendants **EVELYN JOHNSTON** and **BLAINE JOHNSTON** prepared and filed, and caused to be prepared and filed, false and fraudulent IRS Form 1040s, U.S. Individual Income Tax Returns, and other IRS Forms supporting claimed refunds in the names of the following individuals, on or about the dates listed below, and for the amounts listed below:

|   | Taxpayer | Tax Year | Filing Date | Refund Claimed |
|---|---|---|---|---|
| A. | A.B. | 2008 | 04-25-2009 | $ 220,874.00 |
| B. | WILSON CALLE | 2008 | 05-14-2009 | $ 35,656.00 |
| C. | WILSON CALLE | 2007 | 05-18-2009 | $ 432,568.00 |
| D. | P.C. / F.S. | 2008 | 05-22-2009 | $ 338,202.00 |
| E. | L.D-G. | 2008 | 05-07-2009 | $ 143,288.00 |
| F. | ANGEL DONE | 2008 | 04-17-2009 | $ 586,019.00 |
| G. | A.F. | 2008 | 04-10-2009 | $ 508,365.00 |
| H. | S.F. | 2008 | 04-29-2009 | $1,060,132.00 |
| I. | S.G. | 2008 | 04-15-2009 | $ 103,520.00 |

7

|     | Taxpayer | Tax Year | Filing Date | Refund Claimed |
|-----|----------|----------|-------------|----------------|
| J.  | J.G. | 2008 | 05-08-2009 | $ 997,697.00 |
| K.  | A.I. | 2008 | 04-18-2009 | $ 287,731.00 |
| L.  | J.L. / M.B-G. | 2008 | 06-12-2009 | $ 765,325.00 |
| M.  | **BLAINE JOHNSTON** | 2007 | 10-24-2008 | $ 248,679.00 |
| N.  | **BLAINE JOHNSTON/ EVELYN JOHNSTON** | 2005 | 12-23-2008 | $ 591,679.00 |
| O.  | A.M. | 2008 | 04-15-2009 | $ 160,451.00 |
| P.  | C.M. | 2008 | 04-15-2009 | $ 674,049.00 |
| Q.  | J.M. | 2008 | 07-09-2009 | $ 382,720.00 |
| R.  | R.M. | 2008 | 05-15-2009 | $ 879,484.00 |
| S.  | S.M. | 2008 | 05-18-2009 | $ 282,763.00 |
| T.  | M.O. | 2008 | 04-16-2009 | $ 170,862.00 |
| U.  | L.P. | 2008 | 04-14-2009 | $ 165,010.00 |
| V.  | J.P. / M.D. | 2008 | 05-28-2009 | $ 302,265.00 |
| W.  | C.R. | 2008 | 07-24-2009 | $ 843,688.00 |
| X.  | A.R. | 2008 | 06-16-2009 | $ 505,772.00 |
| Y.  | T.R. | 2009 | 06-16-2009 | $ 492,784.00 |
| Z.  | **WILFREDO RODRIGUEZ** | 2008 | 04-09-2009 | $ 311,016.00 |
| AA. | M.R. | 2008 | 05-28-2009 | $ 220,449.00 |
| BB. | B.S. | 2008 | 04-15-2009 | $ 146,456.00 |

8.    On or about April 17, 2009, defendant **WILFREDO RODRIGUEZ** received a false and fraudulent federal income tax refund in the amount of $311,016.00 and deposited it into his personal bank account.

8

9.  On or about April 20, 2009, defendant **WILFREDO RODRIGUEZ** issued a personal check in the amount of $10,000.00 payable to defendant **DIANA M. GONZALEZ.**

10.  On or about April 22, 2009, according to the instructions of defendant **EVELYN JOHNSTON,** defendant **WILFREDO RODRIGUEZ** removed, exhausted, and transferred approximately $310,000.00 from his personal bank account.

All in violation of Title 18, United States Code, Section 286.

## COUNTS TWO THROUGH TWENTY-EIGHT

### A. INTRODUCTION

The allegations contained in paragraphs A1 through A7, B1 through B7, and D1 through D10 of Count One are incorporated by reference as if fully set forth herein.

### B. THE CHARGE

On or about the dates listed below, in the Northern District of Florida and elsewhere, the defendants,

**EVELYN JOHNSTON**
**and**
**BLAINE JOHNSTON,**

knowingly made and presented, and caused to be made and presented, to the IRS, an agency of the Department of the Treasury, claims against the United States for payment, as described below, that they knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, fraudulent federal income tax returns for the individuals named below, wherein claims for income tax refunds for the

9



amounts listed below were made with knowledge that such claims were false, fictitious, and fraudulent:

| Count | Taxpayer | Tax Year | Filing Date | Refund Claimed |
|-------|----------|----------|-------------|----------------|
| 2 | A.B. | 2008 | 04-25-2009 | $ 220,874.00 |
| 3 | WILSON CALLE | 2008 | 05-14-2009 | $ 35,656.00 |
| 4 | WILSON CALLE | 2007 | 05-18-2009 | $ 432,568.00 |
| 5 | P.C. / F.S. | 2008 | 05-22-2009 | $ 338,202.00 |
| 6 | L.G. | 2008 | 05-07-2009 | $ 143,288.00 |
| 7 | ANGEL DONE | 2008 | 04-17-2009 | $ 586,019.00 |
| 8 | A.F. | 2008 | 04-10-2009 | $ 508,365.00 |
| 9 | S.F. | 2008 | 04-29-2009 | $1,060,132.00 |
| 10 | S.G. | 2008 | 04-15-2009 | $ 103,520.00 |
| 11 | J.G. | 2008 | 05-08-2009 | $ 997,697.00 |
| 12 | A.I. | 2008 | 04-18-2009 | $ 287,731.00 |
| 13 | J.I. / M.B-G. | 2008 | 06-12-2009 | $ 765,325.00 |
| 14 | BLAINE JOHNSTON | 2007 | 10-24-2008 | $ 248,679.00 |
| 15 | BLAINE JOHNSTON/ EVELYN JOHNSTON | 2005 | 12-23-2008 | $ 591,679.00 |
| 16 | A.M. | 2008 | 04-15-2009 | $ 160,451.00 |
| 17 | C.M. | 2008 | 04-15-2009 | $ 674,049.00 |
| 18 | J.M. | 2008 | 07-09-2009 | $ 382,720.00 |
| 19 | R.M. | 2008 | 05-15-2009 | $ 879,484.00 |
| 20 | S.M. | 2008 | 05-18-2009 | $ 282,763.00 |
| 21 | M.O. | 2008 | 04-16-2009 | $ 170,862.00 |
| 22 | J.P. / M.D. | 2008 | 05-28-2009 | $ 302,265.00 |
| 23 | C.R. | 2008 | 07-24-2009 | $ 843,688.00 |
| 24 | A.R. | 2008 | 06-16-2009 | $ 505,772.00 |
| 25 | T.R. | 2009 | 06-16-2009 | $ 492,784.00 |
| 26 | WIFREDO RODRIGUEZ | 2008 | 04-09-2009 | $ 311,016.00 |

10

| 27 | M.R. | 2008 | 05-28-2009 | $ 220,449.00 |
| 28 | B.S. | 2008 | 04-15-2009 | $ 146,456.00 |

In violation of Title 18, United States Code, Sections 287 and 2.

### COUNTS TWENTY-NINE THROUGH FORTY-THREE

#### A. INTRODUCTION

The allegations contained in paragraphs A1 through A7, B1 through B7, and D1 through D10 of Count One are incorporated by reference as if fully set forth herein.

#### B. THE CHARGE

On or about the dates listed below, in the Northern District of Florida and elsewhere, the defendants,

### HECTOR A. CABRERA
### and
### DIANA M. GONZALEZ,

knowingly made and presented, and caused to be made and presented, to the IRS, an agency of the Department of the Treasury, claims against the United States for payment, as described below, that they knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, fraudulent federal income tax returns for the individuals named below, wherein claims for income tax refunds for the amounts listed below were made with knowledge that such claims were false, fictitious, and fraudulent:

| Count | Taxpayer | Tax Year | Filing Date | Refund Claimed |
|-------|----------|----------|-------------|----------------|
| 29 | A.B. | 2008 | 04-25-2009 | $ 220,874.00 |
| 30 | L.G. | 2008 | 05-07-2009 | $ 143,288.00 |

11

| 31 | A.F. | 2008 | 04-10-2009 | $ 508,365.00 |
|---|---|---|---|---|
| 32 | S.F. | 2008 | 04-29-2009 | $1,060,132.00 |
| 33 | J.G. | 2008 | 05-08-2009 | $ 997,697.00 |
| 34 | A.I. | 2008 | 04-18-2009 | $ 287,731.00 |
| 35 | J.I. / M.B-G. | 2008 | 06-12-2009 | $ 765,325.00 |
| Count | Taxpayer | Tax Year | Filing Date | Refund Claimed |
| 36 | C.M. | 2008 | 04-15-2009 | $ 674,049.00 |
| 37 | R.M. | 2008 | 05-15-2009 | $ 879,484.00 |
| 38 | S.M. | 2008 | 05-18-2009 | $ 282,763.00 |
| 39 | M.O. | 2008 | 04-16-2009 | $ 170,862.00 |
| 40 | C.R. | 2008 | 07-24-2009 | $ 843,688.00 |
| 41 | A.R. | 2008 | 06-16-2009 | $ 505,772.00 |
| 42 | T.R. | 2009 | 06-16-2009 | $ 492,784.00 |
| 43 | **WILFREDO RODRIGUEZ** | 2008 | 04-09-2009 | $ 311,016.00 |

In violation of Title 18, United States Code, Sections 287 and 2.

## COUNTS FORTY-FOUR THROUGH FIFTY-THREE

### A. INTRODUCTION

The allegations contained in paragraphs A1 through A7, B1 through B7, and D1 through D10 of Count One are incorporated by reference as if fully set forth herein.

### B. THE CHARGE

On or about the dates listed below, in the Northern District of Florida and elsewhere, the defendants,

**ANGEL DONE**
**and**
**WILSON CALLE,**

knowingly made and presented, and caused to be made and presented, to the IRS, an

12

agency of the Department of the Treasury, claims against the United States for payment, as described below, that they knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, fraudulent federal income tax returns for the individuals named below, wherein claims for income tax refunds for the amounts listed below were made with knowledge that such claims were false, fictitious, and fraudulent:

| Count | Taxpayer | Tax Year | Filing Date | Refund Claimed |
|-------|----------|----------|-------------|----------------|
| 44 | **WILSON CALLE** | 2008 | 05-14-2009 | $ 35,656.00 |
| 45 | **WILSON CALLE** | 2007 | 05-18-2009 | $ 432,568.00 |
| 46 | P.C. / F.S. | 2008 | 05-22-2009 | $ 338,202.00 |
| 47 | **ANGEL DONE** | 2008 | 04-17-2009 | $ 586,019.00 |
| 48 | S.G. | 2008 | 04-15-2009 | $ 103,520.00 |
| 49 | A.M. | 2008 | 04-15-2009 | $ 160,451.00 |
| 50 | J.M. | 2008 | 07-09-2009 | $ 382,720.00 |
| 51 | J.P. / M.D. | 2008 | 05-28-2009 | $ 302,265.00 |
| 52 | M.R. | 2008 | 05-28-2009 | $ 220,449.00 |
| 53 | B.S. | 2008 | 04-15-2009 | $ 146,456.00 |

In violation of Title 18, United States Code, Sections 287 and 2.

## COUNT FIFTY-FOUR

### A. INTRODUCTION

The allegations contained in paragraphs A1 through A7, B1 through B7, and D1 through D10 of Count One are incorporated by reference as if fully set forth herein.

13

## B. THE CHARGE

On or about April 9, 2009, in the Northern District of Florida and elsewhere, the defendant,

### WILFREDO RODRIGUEZ,

knowingly made and presented, and caused to be made and presented, to the IRS, an agency of the Department of the Treasury, a claim against the United States for payment that he knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, a fraudulent federal income tax return for the year 2008, wherein his claim for an income tax refund for the amount $311,016.00 was made with knowledge that such claim was false, fictitious, and fraudulent.

In violation of Title 18, United States Code, Sections 287 and 2.

A TRUE BILL:

REDACTED
FOREPERSON

4/19/2012
DATE

PAMELA C. MARSH
United States Attorney

J. RYAN LOVE
Assistant United States Attorney

14

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

   VS                                          CASE NO. 5:12-cr-00009-RS-6

WILSON CALLE

### WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   WILSON CALLE
                                              Name
and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Conspiracy to defraud the Government with respect to false, fictitious or fraudulent claims;
False, Fictitious, or Fraudulent Claims

in violation of Title 18 United States Code, Section(s) 286, 287, and

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Deputy Clerk: Kristin Cowdell | April 23, 2012      Panama City |
| | Date and Location |

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime      by Miles Davis
Control Act of 1984.                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1)    Magistrate Case Number: _____ 12- 419  M _____

2)    Defendant's Name:____CALLE_____WILSON_____
                              (Last)               (First)           (M.I.)

3)    Age:_____

4)    Title:_____ Section(s):_____

5)    Citizen of:_____ Needs:_____Interpreter

6)    Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7)    Removal Proceeding: X___Yes ___No    Other District: N.D. OF FLORIDA_____

8)    Name of Interpreter used today:_____ Language:_____

9)    Arraignment on complaint held:__X_Yes ___No  Date/Time:_____4/26/12_____

10)   Detention Hearing Held:____ Bail set at:_____ ROR Entered:___ POD Entered:___

11)   Temporary Order of Detention Entered:___ Bail Hearing set for:_____

12)   (a) Preliminary Hearing set for:_____; or waived:_____

        (b) Removal Hearing set for:_____; or waived:_____

        (c) Status Conference set for:_____

13)   ASSISTANT U.S. ATTORNEY:_____DARREN LAVERNE_____

14)   DEFENSE COUNSEL'S NAME:_____MARK DEMARCO_____
            Address:_____
            Bar Code:_____ CJA: X___ FDNY:___ RET:____
            Telephone Number:(____)_____

15)   LOG #: 304-319_____ MAG. JUDGE : CHERYL POLLAK_____

16)   ____ Defendant was advised of bond conditions by the Court and signed the bond.
        ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
        ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____
_____

17)   Complaint/Affidavit/Indictment unsealed:___Yes ___No

        SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE

②

AO 470 (8/85) Order of Temporary Detention

# United States District Court

EASTERN ————— DISTRICT OF ————— NEW YORK

UNITED STATES OF AMERICA

V.

Wilson Calle
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 12-419m

Upon motion of the _____ DJT _____ , it is ORDERED that a

detention hearing is set for 4/27/12 * at 2pm
_____ Date _____ Time

before MJ Reyes
_____ Name of Judicial Officer

BROOKLYN, NEW YORK
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
Other Custodial Official

_____
Date

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

☆ US GPO: 2001-610-716/50044

# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE   REV. 1/90

| IN UNITED STATES | ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | |
|---|---|---|
| IN THE CASE OF | | LOCATION NUMBER |

| | | FOR | |
|---|---|---|---|
| US | vs. Wilson Calle | AT | |

**PERSON REPRESENTED** (Show your full name)

Wilson Calle

| | DOCKET NUMBERS |
|---|---|
| 1 ☑ Defendant—Adult | Magistrate |
| 2 ☐ Defendant—Juvenile | |
| 3 ☐ Appellant | District Court |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | Court of Appeals |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☑ Felony  ☐ Misdemeanor

18 USC § 286

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| ASSETS | EMPLOY-MENT | Are you now employed? ☐ Yes ☐ No ☑ Am Self Employed |
|---|---|---|
| | | Name and address of employer: |
| | | **IF YES, how much do you earn per month? $** ∅     **IF NO,** give month and year of last employment How much did you earn per month $ |
| | | If married is your Spouse employed? ☐ Yes ☑ No |
| | | **IF YES, how much does your Spouse earn per month $**    If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ |
| | OTHER INCOME | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No |
| | | **IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**   RECEIVED $450    SOURCES Network Marketing Company |
| | CASH | Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No **IF YES,** state total amount $ |
| | PROP-ERTY | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No |
| | | **IF YES, GIVE VALUE AND $ DESCRIBE IT**   VALUE $800K   DESCRIPTION 91 St Marks Place, Brooklyn, NY *in foreclosure proceedings D has ∅ equity) |

| OBLIGATIONS & DEBTS | DEPENDENTS | MARITAL STATUS ☐ SINGLE ☐ MARRIED ☑ WIDOWED SEPARATED OR DIVORCED | Total No. of Dependents ∅ | List persons you actually support and your relationship to them |
|---|---|---|---|---|

| | DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|---|---|
| | | Rent | - | $ | $1200/MO |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED)   X _Wilson Calle_   4-26-12

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| EDNY | WILSON CALLE | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 12 M-419 M | | | |

| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE *(See Instructions)* |
|---|---|---|---|
| USA V. CALLE i et al | X Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | X Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

REMOVAL TO NORTHERN DISTRICT OF FLORIDA

| 12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| MARK DEMARCO<br>2027 WILLIAMSBRIDGE ROAD<br>BRONX, NY 10401<br><br>Telephone Number :    718-239-7070 | X O   Appointing Counsel     ☐ C   Co-Counsel<br>☐ F   Subs For Federal Defender    ☐ R   Subs For Retained Attorney<br>☐ P   Subs For Panel Attorney    ☐ Y   Standby Counsel<br><br>Prior Attorney's<br>   Appointment Dates: _____<br>☐ Be                rwise<br>satisfied            es not<br>wish to           se<br>name ap<br>☐ Ot |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)* | Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO |

| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $      )    TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $      )    TOTALS: | | | | | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|
| FROM: _____ TO: _____ | | | |

22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES   ☐ NO    If yes, were you paid?   ☐ YES   ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?   ☐ YES   ☐ NO    If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney _____    Date _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Ramon E. Reyes, Jr.**            **DATE : 4/27/12**

DOCKET NUMBER: **12-419M**            LOG # : 447- 5:03

DEFENDANT'S NAME : Wilson **Calle**

        ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

DEFENSE COUNSEL : **Mark DeMarco**

      William Sarratt /s/     ___ Federal Defender   ✓ CJA     ___ Retained

A.U.S.A: **Darren LaVerne**            DEPUTY CLERK : **K. DiLorenzo**

INTERPRETER : _____ (Language) _____

Bail _____ Hearing held. _____ Hearing adjourned to _____

✓ Defendant was released on ___#200,000_____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop _____

_____ Order of Speedy Trial entered.   Code Type_____   Start_____   Stop _____

_____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

_____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____

*United States District Court*
**EASTERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA | **ORDER SETTING CONDITIONS** |
|---|---|
| **v.** | **OF RELEASE AND BOND** |
| WILSON CALLE | Case No.: 12 M 0419 |
| **Defendant** | |

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or;
[ ] Upon Unsecured Bond executed by defendant in the amount of $ _____ , or $ 200,000
[✓] Upon Secured Appearance Bond as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: SDNY    EDNY Northern District of Florida

[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: Co-Dfts except in presence of counsel    except Angel Dave for purpose of current business

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by 4/27/12 and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
[✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work; as directed by PTS
[✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____.
[ ] is subject to home detention with electronic monitoring with the following conditions: _____

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: Dft must report to NDFL

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 200,000 . The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $ _____ ;
[ ] premises located at: _____ owned by _____
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed
   with the proper local and state authorities on or before _____

[✓] Other Conditions: comply w/ existing supervised release conditions

| Martha Calle | |
|---|---|
| Surety | Address: _____ |
| Jontha Calle | Address: 33-24 91st St apt 2F |
| Surety | |
| | Address: Jackson Heights 11372 |
| Surety | |

The Court has advised the defendant of the conditions of release per 18:3142(b)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

X Wilson Calle
Signature of Defendant

Release of the Defendant is hereby ordered on 4/27 , 20 12 .

_____ , US MJ

| Distribution | White-Original | Canary - Courtroom Deputy | Pink - Pretrial Services | Goldenrod - Defendant |
|---|---|---|---|---|

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

_____EASTERN_____    DISTRICT OF    _____NEW YORK_____

UNITED STATES OF AMERICA

v.

Wilson Calle

**WAIVER OF RULE 40 HEARINGS**
**(Excluding Probation Cases)**

CASE NUMBER: 12- 419 M

I, _____DA_____, understand that in the

_____Northern_____  District of _____Florida_____, charges are pending

alleging violation of _____18 USC 286 & 287_____ and that I have been

arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(   ) identity hearing

(   ) preliminary examination

( ✓ ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

X _____
Defendant

_____4/26/12_____
Date

_____
Defense Counsel