IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 5:12cr9-MW/HTC-6

WILSON CALLE,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 546. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 509, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on June 11, 2019.**

                                  **s/ MARK E. WALKER**
                                  **Chief United States District Judge**

---

[1] Defendant has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF No. 548.