# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case No.: 5:12cr9-MW/HTC

**WILSON CALLE,**

  *Defendant.*
_____/

## WRIT OF EXECUTION

This writ is entered upon consideration of the United States' application for writ of execution. ECF No. 563. On December 26, 2013, a judgment was entered in favor of the United States and against the Defendant. As of today's date, Defendant has a balance of $54,288.61, due and owing.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by executing upon the property, said property currently in the custody of the Kings County Clerk, and described as:

> Approximately $240,000.00 held by the Kings County Clerk, which are surplus funds arising out of a foreclosure sale in Wells Fargo Bank, et al v. Wilson Calle, et al, Index No. 4594/2007, Supreme County of the State of New York County of Kings.  **The United States seeks $54,288.61, plus costs incurred by the United States Marshal Service.**

IT IS FURTHER ORDERED that the United States Attorney shall satisfy the judgment by levying on said property that Defendant has a substantial non-exempt interest, but not to exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, and interest.

IT IS FURTHER ORDERED that the Kings County Clerk place a hold on the property listed above until twenty-one days has passed from the Defendant's date of service, or, if requested by the Defendant, a hearing is held. Upon notification by the United States Attorney's Office, the Kings County Clerk will forward a check payable to the "United States District Clerk of Court" to:

> U. S. District Clerk of Court
> 111 North Adams Street, Suite 322
> Tallahassee, Florida 32301

IT IS FURTHER ORDERED that the United States Marshal shall serve the Defendant and all persons having an interest in the property with a copy of the Application for Writ of Execution, this Writ, and the Clerk's Notice.

**SO ORDERED on April 19, 2022.**

        <u>s/Mark E. Walker</u>
        **Chief United States District Judge**