USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>5:12CV9 - MW/HTC |
|---|---|
| DEFENDANT<br>WILSON RODRIGO CALLE | TYPE OF PROCESS<br>WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kings County Clerk
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
360 Adams Street, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Katherine Kerwin, Assistant United States Attorney
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301
850.942.8430

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please deliver the writ package and cover letter to Kings County Clerk. (Ph: 347-404-9760)

Signature of Attorney other Originator requesting service on behalf of  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 850-942-8430
DATE: 4/22/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. D17
District to Serve No. 53
Signature of Authorized USMS Deputy or Clerk: Julie White
Date: 4/27/22

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): James Blain, Deputy County Clerk

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 5/19/22  Time: 12:54 pm

Signature of U.S. Marshal or Deputy: Rosado

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to US Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $.59 | 8.00 | $73.59 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

